LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
JOY STEPHENSON-LAWS, ESQ. (SBN 113755)
BARRY SULLIVAN, ESQ. (SBN 136571)
RICHARD A. LOVICH, ESQ. (SBN 113472)
BARBARA V. LAM, ESQ. (SBN 231073)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiff
STANFORD HOSPITAL AND CLINICS, a
California nonprofit corporation

APPROVED
Judge Edward J. Davila
12/15/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HEALTH CARE, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>EMPIRE HEALTHCHOICE ASSURANCE, INC., doing business as EMPIRE BLUECROSS BLUESHIELD, a corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 5:17-cv-01531-EJD<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)]** |

///
///
///
///

17719

- 1 - STIPULATION OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)]

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the above-entitled action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii), with each party to bear its own fees and costs.

Dated: December 14, 2017

                    LAW OFFICES OF
                 STEPHENSON, ACQUISTO &
                     COLMAN, INC.

**By:**     */s/ Barbara V. Lam*
                     BARBARA V. LAM
                     ATTORNEYS FOR
                 STANFORD HEALTH CARE

Dated: December 14, 2017

                 VON BEHREN & HUNTER LLP

**By:** */s/ Carol B. Lewis*
                     CAROL B. LEWIS
                     Attorneys for
                 EMPIRE HEALTHCHOICE
         ASSURANCE, doing business as EMPIRE
          BLUECROSS BLUESHEILD, a
                     corporation

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3), Barbara V. Lam hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*